**Motion Granted; Dismissed and Memorandum Opinion filed April 30, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00185-CV

---

**LINDA TURNER, Appellant**

**V.**

**McGHAN MEDICAL CORPORATION, SUZY PFARDRESHER, EDWARD MELMED MD, ROBERT D. PETERSON MD, CURTIS M. BALDWIN MD, RICHARD VANIK MD, MENTOR POLYMER TECHNOLOGIES COMPANY, COOPERVISION INC., SURGITEK INC., CBI MEDICAL INC., SIROD CORPORATION, UNION CARBIDE CHEMICALS & PLASTICS COMPANY INC., DENNIS LYNCH MD, 21 INTERNATIONAL HOLDINGS INC. FKA KNOLL INTERNATIONAL, GENERAL ELECTRIC COMPANY, ROBERT D. PETERSON MD, JOSEPH AGRIS MD, CESAR H. GUERRA MD., RONALD T. HOLMES MD, LAURENCE WOLF MD, SENG OOI MD, MICHAEL EISEMAN MD, MILTON ROWLEY MD, WESLEY WASHBURN MD, PHILIP ROTHENBERG MD, FRANDLIN ROSE MD, BILLY RINGER MD, FRANCISCO RUIZ MD, GERALD JOHNSON MD, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-08778FQ**

---

# M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On April 17, 2013,

appellant, Linda Turner, filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Jamison.